# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 108 MAP 2014 |
| | : |
| Appellee | : Appeal from the order of the |
| | : Commonwealth Court dated June 5, 2014 |
| | : at No. 303 MD 2014 |
| v. | : |
| | : |
| | : |
| LOUIS ALEXANDER JOHNSON A/K/A | : |
| LEWIS JOHNSON, | : |
| | : |
| Appellant | : |

## ORDER

**PER CURIAM**                                   **DECIDED:  March 25, 2015**

   **AND NOW,** this 25th day of March, 2015, the Order of the Commonwealth Court is **AFFIRMED**.